AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>THOMPSON, ANNE E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>402 E. STATE STREET<br>ROOM 4000<br>TRENTON, NJ 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER - CRIMINAL LAW DRAFTING COMMITTEE | NATIONAL CONFERENCE OF BAR EXAMINERS |
| 2. CO-TRUSTEE | TRUST #1 -- U/W ■ ART. FIFTH |
| 3. CO-TRUSTEE | TRUST #2 -- U/W ■ ART. SIXTH |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 P 12: 22 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | NATIONAL CONFERENCE OF BAR EXAMINERS -- FEES EARNED FOR DRAFTING, EDITING & REVISING BAR EXAM QUESTIONS & EVALUATING PERFORMANCE OF TEST QUESTIONS | $ 6,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. NATIONAL CONFERENCE OF BAR EXAMINERS | MAY 5-7, 2006 @ KEY WEST, FL -- ACTIVITY OF PROFESSIONAL ORGANIZATION (AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS) |
| 2. NATIONAL CONFERENCE OF BAR EXAMINERS | SEPTEMBER 15-16, 2006 @ MARTHA'S VINEYARD, MA -- ACTIVITY OF PROFESSIONAL ORGANIZATION (TRAVEL, HOTEL, MEALS) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

4. _____    _____

5. _____    _____

FINANCIAL DISCLOSURE REPORT

Page 3 of 14

Name of Person Reporting

THOMPSON, ANNE E

Date of Report

05/09/2007

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NJ HEALTHCARE FAC FIN BOND | | None | | | SOLD | 01/03 | K | A | |
| 2. TOMS RIVER NJ SCH DIST | | None | | | SOLD | 01/03 | K | A | |
| 3. NJ ECO/DEV AUTH WATER FACS BOND | | None | | | SOLD | 01/03 | J | A | |
| 4. VANGUARD U.S. GROWTH FUND | A | Dividend | K | T | | | | | |
| 5. VANGUARD INTERNATIONAL GROWTH FUND | C | Dividend | K | T | | | | | |
| 6. SUN NAT'L BANK CHECKING A/C | A | Interest | J | T | | | | | |
| 7. LINDENWOLD BORO NJ BOND | | None | | | SOLD | 01/03 | K | A | |
| 8. SUN NAT'L MONEY MARKET | A | Interest | M | T | | | | | |
| 9. SUN NAT'L BANK CD | A | Interest | K | T | | | | | |
| 10. DUKES COUNTY BANK | A | Interest | J | T | | | | | |
| 11. GLENMEDE TAX-EXEMPT FUND | | None | J | T | | | | | |
| 12. NATIONAL CITY CORP | A | Dividend | J | T | PART SALE | 11/07 | J | A | |
| 13. WELLPOINT INC | | None | | | SOLD | 01/20 | J | C | |
| 14. ZIONS BANCORP | A | Dividend | | | SOLD | 02/16 | J | C | |
| 15. VARIAN MEDICAL SYSTEMS INC | | None | | | SOLD | 05/16 | J | A | |
| 16. AMGEN | | None | J | T | | | | | |
| 17. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IDEARC INC | | None | J | T | RECD SPINOFF | 11/20 | J | | |
| 19.  GENENTECH INC | | None | J | T | | | | | |
| 20.  CITIGROUP INC | A | Dividend | J | T | | | | | |
| 21.  TALISMAN ENERGY | A | Dividend | J | T | | | | | |
| 22.  3M CO. | A | Dividend | J | T | | | | | |
| 23.  ZIMMER HOLDINGS INC | | None | | | SOLD | 05/24 | J | A | |
| 24.  MEDTRONIC INC | A | Dividend | J | T | | | | | |
| 25.  SYMANTEC CORP | | None | | | SOLD | 05/12 | J | A | |
| 26.  ILLINOIS TOOL WORKS | A | Dividend | J | T | BUY | 02/13 | J | | |
| 27.  APPLE COMPUTER | | None | J | T | BUY | 02/28 | J | | |
| 28.  AMERICAN INTERNATIONAL GROUP | A | Dividend | J | T | BUY | 03/06 | J | | |
| 29.  UNITEDHEALTH GROUP | A | Dividend | J | T | BUY | 03/10 | J | | |
| 30.  UNITEDHEALTH GROUP | | None | | | SOLD | 11/29 | J | A | |
| 31.  TEVA PHARMACEUTICAL | A | Dividend | J | T | BUY | 06/21 | J | | |
| 32.  EQUITABLE RESOURCES | A | Dividend | J | T | BUY | 07/27 | J | | |
| 33.  TRUST #1 -- U/W ███. ART. FIFTH | D | Dividend | O | T | | | | | |
| 34.  -- MIDDLESEX CNTY NJ BOND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- DELAWARE RIVER PORT AUTH BOND | | | | | | | | | |
| 36. -- LINDENWOLD BORO NJ BOND | | | | | | | | | |
| 37. -- NJ STATE TPK AUTH BOND | | | | | PARTIAL SALE | 05/31 | J | A | |
| 38. -- PORT AUTH NY & NJ BOND | | | | | | | | | |
| 39. -- GALAXY MONEY MARKET FUND | | | | | | | | | |
| 40. -- FIDELITY ADV DIVIDEND GROWTH FUND SER. I | | | | | SOLD | 05/09 | M | E | |
| 41. -- FIDELITY ADV STRAT OPPT FUND CL. I | | | | | | | | | |
| 42. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | | | | | |
| 43. -- COLUMBIA ACORN FUND CL. Z | | | | | | | | | |
| 44. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | | | | | |
| 45. -- FIDELITY STRATEGIC INCOME FUND | | | | | BUY MORE | 05/02 | K | | |
| 46. -- DODGE & COX FUND | | | | | PARTIAL SALE | 05/02 | K | D | |
| 47. -- COLUMBIA MARISCO GROWTH FUND | | | | | BUY MORE | 05/02 | L | | |
| 48. TRUST #2 -- U/W ███ ART. FIFTH | B | Dividend | O | T | | | | | |
| 49. -- BURLINGTON COUNTY NJ BOND | | | | | | | | | |
| 50. -- NJ HEALTH CARE FACS BOND | | | | | | | | | |
| 51. -- NJ STATE TRANSIT CORP BOND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- MIDDLESEX COUNTY NJ BOND | | | | | | | | | |
| 53. -- OCEAN CITY NJ BOND | | | | | | | | | |
| 54. -- GALAXY MONEY MARKET FUND | | | | | | | | | |
| 55. -- FIDELITY ADV DIVIDEND GROWTH FUND SER. I | | | | | SOLD | 05/09 | M | E | |
| 56. -- FIDELITY ADV STRAT OPPT FUND CL. I | | | | | SOLD | 06/15 | K | A | |
| 57. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | | | | | |
| 58. -- COLUMBIA ACORN FUND CL. Z | | | | | | | | | |
| 59. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | | | | | |
| 60. -- DODGE & COX STOCK FUND | | | | | | | | | |
| 61. -- COLUMBIA MARISCO GROWTH FUND | | | | | BUY MORE | 05/02 | M | | |
| 62. TRUST #3 -- ██████ TRUST FBO A.T. | None | L | T | | | | | | |
| 63. -- GLAXY MONEY MARKET FUND | | | | | | | | | |
| 64. -- COLUMBIA HIGH YIELD | | | | | PARTIAL SALE | 02/06 | J | A | |
| 65. -- FIDELITY ADV DIV GRWTH SER I FD | | | | | PARTIAL SALE | 02/07 | K | C | |
| 66. -- FIDELITY ADV MID CAP CL-I | | | | | SOLD | 12/05 | J | B | |
| 67. -- FIDELITY DIVERSIFIED INT'L FD | | | | | PARTIAL SALE | 06/19 | J | C | |
| 68. -- COLUMBIA ACORN FUND CL-Z | | | | | PARTIAL | 02/06 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 69.  -- FLEET GOVT CREDIT FUND | | | | | PARTIAL SALE | 03/03 | K | A | |
| 70.  GLENMEDE TRUST IRA | E | Distribution | O | T | | | | | |
| 71.  -- GLENMEDE FUND CORE FIXED INCOME | | | | | | | | | |
| 72.  -- VERIZON GLOBAL BOND | | | | | | | | | |
| 73.  -- BANK OF AMERICA BOND | | | | | | | | | |
| 74.  -- CON EDISON BOND | | | | | | | | | |
| 75.  -- CORP BACKED TRUST CERTS BOND | | | | | | | | | |
| 76.  -- CORTS GE CAPITAL BOND | | | | | | | | | |
| 77.  -- ING GROUP BOND | | | | | | | | | |
| 78.  -- GENERAL ELECTRIC | | | | | | | | | |
| 79.  -- VERIZON COMMUNICATIONS | | | | | | | | | |
| 80.  -- IDEARC INC | | | | | RECD SPINOFF | 11/20 | J | | |
| 81.  -- ANDARKO PETROLEUM | | | | | | | | | |
| 82.  -- CHEVRONTEXACO | | | | | | | | | |
| 83.  -- EXXON MOBIL | | | | | | | | | |
| 84.  -- BANK OF AMERICA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.  -- CITIGROUP | | | | | | | | | |
| 86.  -- WASHINGTON MUTUAL | | | | | | | | | |
| 87.  -- JOHNSON & JOHNSON | | | | | | | | | |
| 88.  -- MICROSOFT CORP | | | | | | | | | |
| 89.  -- DUKE ENERGY | | | | | | | | | |
| 90.  -- GLENMEDE GOVT CASH FUND | | | | | | | | | |
| 91.  -- ABBOTT LABORATORIES | | | | | SOLD | 03/03 | J | B | |
| 92.  -- EXELON CORP | | | | | SOLD | 01/12 | K | D | |
| 93.  -- KELLOGG CO. | | | | | SOLD | 09/01 | J | C | |
| 94.  -- AT&T | | | | | SOLD | 08.08 | J | B | |
| 95.  -- TALISMAN ENERGY | | | | | | | | | |
| 96.  -- FNMA DTD 2/18/04 | | | | | | | | | |
| 97.  -- QWEST DIAGNOSTICS | | | | | SOLD | 05/22 | K | C | |
| 98.  -- EMC GROUP | | | | | SOLD | 09/22 | J | A | |
| 99.  -- VARIAN MEDICAL SYSTEMS | | | | | SOLD | 05/16 | J | C | |
| 100.  -- U.S. TREAS. NOTES DTD 8/5/01 5% | | | | | | | | | |
| 101.  -- AMGEN | | | | | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -- ZIONS BANCORP | | | | | SOLD | 02/16 | J | B | |
| 103. -- GLENMEDE INT'L FUND | | | | | | | | | |
| 104. -- DEVON ENERGY GROUP | | | | | | | | | |
| 105. -- MERRILL LYNCH BOND | | | | | | | | | |
| 106. -- GENENTECH INC. | | | | | | | | | |
| 107. -- EQUITABLE RESOURCES INC | | | | | | | | | |
| 108. -- BOEING CO | | | | | SOLD | 06/01 | K | C | |
| 109. -- NORTH FORK BANCORPORATION | | | | | SOLD | 12/05 | J | A | |
| 110. -- 3M CO. | | | | | | | | | |
| 111. -- WEATHERFORD INT'L LTD. | | | | | | | | | |
| 112. -- APPLE COMPUTER | | | | | BUY MORE | 02/28 | J | | |
| 113. -- ZIMMER HOLDINGS INC | | | | | SOLD | 05/24 | J | A | |
| 114. -- MEDTRONIC INC | | | | | | | | | |
| 115. -- SYMANTEC CORP | | | | | SOLD | 05/12 | J | A | |
| 116. -- ILLINOIS TOOL WORKS | | | | | BUY | 02/08 | J | | |
| 117. -- AMERICAN INTERNATIONAL GROUP | | . | | | BUY | 03/06 | J | | |
| 118. -- UNITEDHEALTH GROUP | | | | | BUY | 03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -- QUALCOMM CORP | | | | | BUY | 03/16 | J | | |
| 120. -- TEVA PHARMACEUTICAL | | | | | BUY | 06/21 | J | | |
| 121. -- EXPEDITORS INT'L | | | | | BUY | 10/13 | J | | |
| 122. -- EXPRESS SCRIPTS | | | | | BUY | 11/01 | J | | |
| 123. -- U.S. TREAS NOTES DTD 10/31/06 4.875% | | | | | BUY | 11/06 | L | | |
| 124. -- RIO TINTO PLC | | | | | BUY | 11/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE MORTGAGE ON ██████ HOME LISTED ON THE 2005 REPORT IS NO LONGER A REPORTABLE LIABILITY.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                                                                                    e_____ May 9, 2007

NOTE                                                                                    TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544